UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA          :
                                  :   WAIVER OF INDICTMENT
         - v. -                   :
                                  :   23 Cr. 140 (NSR)
TAMEEK WHITE,                     :
                                  :
         Defendant.               :
                                  :
- - - - - - - - - - - - - - - - - X

The above-named defendant, who is accused of violating Title 18, United States Code, Section 922(g)(1), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
TAMEEK WHITE
Defendant

_____
ANDREW PATEL, Esq.
Counsel for Defendant

Date:    White Plains, New York

         March 16, 2023