**MEMO ENDORSED**

**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                           Telephone 212-349-0230

**By ECF and Email**

February 7, 2024

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> Deft's request to adjourn the in-person Sentencing from Mar. 7, 2024 to May 1, 2024 at 11:00 am is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion at ECF No. 44.
> Dated: White Plains, NY
>              February 8, 2024
>
> SO ORDERED:
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

                    Re:    **United States v. Tameek White**
                           23 Cr. 140 (NSR)

Dear Judge Román:

    This letter is respectfully submitted to request an adjournment of the sentencing of Mr. White. I make this request due to unforeseen circumstances that make impossible for us to complete our submission in time for the current sentencing date of March 7, 2024.

    I am requesting that the sentencing be rescheduled for May 1, 2024 at 11:00 AM. I have been advised by Your Honor's Chambers that this would be a convenient time for Your Honor.

    Assistant United States Attorney Ryan Allison has informed me that the Government consents to this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __02/08/2024__

                                   Respectfully submitted,

                                   /s/Andrew Patel
                                   Andrew G. Patel

cc:    Ryan Allison
       Assistant United States Attorney (by ECF and email)

       Sara Willet
       United States Probation Officer (by email)